441 A.2d 777

Commonwealth v. Camp, Appellant.

Submitted March 18,

570

1981. Bruce A. Barrett, for appellant; John Dawson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed on the opinion by the Honorable P. Richard Thomas, President Judge, Court of Common Pleas, Crawford County.

PRICE, J., did not participate in the consideration or decision of this case.